UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 10 – 845-MBB

PLAINTIFF: USA
DEFENDANT: Matthew Delorey

COUNSEL FOR PLAINTIFF: AUSA Diane Freniere
COUNSEL FOR DEFENDANT: FPD Miriam Conrad

JUDGE: Bowler    CLERK: Duffy    REPORTER: N/A

**CLERK'S NOTES**

DATES: 1/28/2010 – Initial Appear (Rule 5) SDNY (15 min)

Pretrial: Moriarty
FPD Conrad is
The Gov't does not move for detention.

The Deft waives Id Hrg
The Deft is released on Bond w/ conditions
$25K unsecured

Date set by SDNY 2/4/2010 @ 10am
Deft is to report there to face charges

(Clerk Notes P1.wpd - 5/03)                                    [clknot.]