# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CRIMINAL CASE NO. 1:10-MJ-845-1

MATTHEW DELOREY

      Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of 01/28/10 to represent said defendant in this cause until further order of the Court.

SARAH ALLISON THORNTON,
Clerk of Court

02/01/10

Date

By: /s/ Barbara G. Leboff

Deputy Clerk